**NORMA A. AGUILAR**
California State Bar No. 211088
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8477
Facsimile: (619) 687-2666
Norma_Aguilar@fd.org

Attorneys for Kirill Victorovich Firsov

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  20-mj-1029-AHG |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE AS LEAD COUNSEL** |
| v. | |
| KIRILL VICTOROVICH FIRSOV, | |
| Defendant. | |

Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Norma A. Aguilar, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Dated: March 13, 2020

                                              *s/ Norma Aguilar*
                                              **NORMA AGUILAR**
                                              Federal Defenders of San Diego, Inc.
                                              Attorneys for Kirill Victorovich Firsov
                                              Email: Norma_Aguilar@fd.org