39

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>KIRILL VICTOROVICH FIRSOV<br><br>              Defendant. | Case No.    20-cr-01182-BAS<br><br><u>INFORMATION</u><br><br>Title 18, U.S.C., Secs. 2, 1029(a)(6)(A) and 1029(c)(1)(a)(i) – Unauthorized Solicitation of Access Devices; Title 18, U.S.C., Secs. 982(a)(1) & (b)(1) – Criminal Forfeiture. |
|---|---|

The grand jury charges:

<u>Count 1</u>

Beginning on a date unknown and continuing up to and including on or about March 4, 2020, in the Southern District of California, and elsewhere, defendant Kirill Victorovich FIRSOV, without the authorization of the issuer of access devices, to wit account names and passwords of Company A customers, knowingly and with intent to defraud, solicited buyers through the DEER.IO platform with the purpose of offering and selling said access devices, said conduct affecting

AFF:San Diego:4/14/20

interstate and foreign commerce, in that the access devices were offered and sold via the internet, in violation of 18 U.S.C. §§ 1029(a)(6)(A) and 1029(c)(1)(a)(i).

## Criminal Forfeiture

Upon conviction of the offense alleged in this indictment, defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real and personal, involved in such offenses, and any property traceable to such property.

In the event that any of the property described above, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;
    b.   has been transferred or sold to, or deposited with, a third party;
    c.   has been placed beyond the jurisdiction of the court;
    d.   has been substantially diminished in value; or
    e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeit substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

All in violation of Title 18, United States Code, Sections 982(a)(1) and (b)(1).

DATED: April 14, 2020.

                                      ROBERT S. BREWER, Jr.
                                      United States Attorney

                                      By:
                                      ALEXANDRA F. FOSTER
                                      Assistant U.S. Attorney