1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10

11  | UNITED STATES OF AMERICA, | Case No.: 20-CR-1182-BAS |
12  | Plaintiff, | |
    | | **ORDER AUTHORIZING** |
13  | v. | **VIDEO TELECONFERENCE** |
14  | KIRILL VICTOROVICH FIRSOV (1), | |
15  | Defendant. | |

16
17         A national state of emergency has been declared in response to the spread of the
18  Coronavirus. For everyone's health and safety, the general population of California is
19  under a gubernatorial order to "shelter-in-place." The detention facilities have imposed
20  quarantines or restrictions on access to detainees for the health of the detainees and staff.
21  The Judicial Conference of the United States found that conditions due to the national
22  emergency are materially affecting the functioning of the federal courts, and the Judicial
23  Council of the Ninth Circuit certified that emergency conditions existing in the Southern
24  District of California justify the temporary suspension of the 70-day period to bring the
25  defendant to trial. Public health recommendations and restrictions have impacted the
26  Court's ability to function as it usually does, to conduct in-person proceedings, and has
27  impaired the availability of counsel, parties, and Court staff to be present in the courtroom.
28  //

I therefore find pursuant to the CARES Act that the use of videoconferencing to conduct these court proceedings, with the consent of the defendant, is in the interest of justice in that such procedure will prevent the defendant from remaining incarcerated longer than is necessary and will satisfy the objectives of sentencing under the U.S. Sentencing Guidelines and 18 U.S.C. § 3553.

Dated: December 9, 2020

_____
Honorable Cynthia Bashant
United States District Judge