Igor Litvak, Esq.
Attorney for Defendant
NY Bar No. 5109749
The Litvak Law Firm, PLLC
1733 Sheepshead Bay Road Suite 22
Brooklyn, NY 11235
Phone: 718-989-2908
Fax: 718-989-2908
Email: Igor@LitvakLawNY.com

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  *Plaintiff*,  vs.  KIRILL VICTOROVICH FIRSOV,  *Defendant*. | Case No.: 20-cr-01182-BAS |

**JOINT MOTION TO CONTINUE**

KIRILL FIRSOV, by and through his undersigned counsel, Igor Litvak, hereby submits this joint motion to continue the sentencing, currently scheduled for April 12th, 2021, and to reschedule it to May 24th, 2021.

As grounds for this motion, undersigned Counsel states that the current sentencing date of April 12th, 2021 was set at the conclusion of the plea hearing on January 21st, 2021. At the conclusion of the plea hearing, I informed the Court that I will not be available for sentencing on April 12th, 2021, since I will be attending a jury trial in the Eastern District Court of New York, which starts on April 12th, and is expected to last for three weeks. However, as no other date was available at that time, I was instructed to file a motion to continue.

After conferring with the Government, parties are requesting sentencing to be continued to May 24th, 2021. In this context, Defendant respectfully moves the Court to continue

sentencing to May 24th, 2021. The Government joins in this request.

  Thank you for Your Honor's time and attention to this matter.

/s/ Igor Litvak, Esq.
Attorney for Defendant
NY Bar No. 5109749
The Litvak Law Firm, PLLC
1733 Sheepshead Bay Road Suite 22
Brooklyn, NY 11235
Email: Igor@LitvakLawNY.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on 17th day of February 2021 I electronically filed the foregoing Defendant's motion to continue sentencing using the CM/ECF system. I certify that all parties to the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/* Igor Litvak
Igor Litvak, Esq.
